1  Sean O. Anderson
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5
6
7
8               UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | Docket Number 6:18-po-00733-JDP |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| 14 | | |
| 15 | AARON S. MUIR, | |
| 16 | Defendant. | |

17

18    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

19 endorsed hereon, the United States hereby moves the Court for an order of dismissal without

20 prejudice and in the interest of justice.

21

22    Dated: November 9, 2020          /S/ Sean O. Anderson
                                       Sean O. Anderson
23                                     Acting Legal Officer
                                       Yosemite National Park
24
25
26
27
28
                                            1

**ORDER**

Upon application of the United States, it is hereby ORDERED that the above referenced matter, *United States v. Aaron S. Muir Case No. 6:18-po-00733-JDP*, is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   November 10, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE